USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASHEIM CADET, et al.,

Plaintiffs,

-against-

ROSSIGNOL EXPRESS LLC and WILFRADE EXILE,

Defendants.

26-CV-06662 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Defendants are Rossignol Express LLC ("Rosignol"), an LLC; and Wilfrade Exile ("Exile"), an individual. They removed this action from State court on July 20, 2026, alleging diversity jurisdiction under 28 U.S.C. § 1332. *See* Dkt. No. 1. The notice of removal alleged complete diversity because Plaintiffs are domiciled in New York and Rossignol was domiciled in Connecticut, where it is incorporated and has its principal place of business. *See id.* ¶ 7. The notice does not state Exile's domicile.

The Court has an independent obligation to ensure its subject matter jurisdiction, and the notice has not adequately alleged diversity jurisdiction. First, an LLC has the citizenship of its members. *See Platinum-Montaur Life Sciences, LLC v. Navidea Bio-pharmaceuticals, Inc.*, 943 F.3d 613, 615 (2d Cir. 2019). Accordingly, Rossignol must identify each of its members and explain where they are domiciled. Second, the notice does not identify Exile's citizenship at all.

Accordingly, Defendants are hereby ORDERED to file a declaration by no later than **August 14, 2026**. The declaration must identify all of Rossignol's members and their domiciles, *i.e.*, the citizenship of natural persons who are members of the limited liability company as well as the place of incorporation and principal place of business of any corporate entities that are members of the limited liability company; to the extent any members are themselves LLCs, the same requirements apply. Additionally, the declaration must identify Exile's citizenship.

Dated: August 7, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge